UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

**EDWIN D. QUILES,**         :
                             :
    **Plaintiff**      :      CIVIL NO. 1:15-CV-01171
                             :
  **vs.**                    :
                             :
**PIKE COUNTY (PA), et al.,**  :      (Judge Kane)
**et al.,**                    :
                             :
    **Defendants**     :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Quiles's complaint is **DISMISSED** for failure to prosecute and abide by a court order.

2. The Clerk of Court shall **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                       S/ Yvette Kane
                       Yvette Kane, District Judge
                       United States District Court

Dated: February 4, 2016